**124**

Counsel, Houston, TX, for Defendant/Counterclaimant–Cross Appellant.

J. Christopher Reynolds, Principal Attorney, Jean C. Frizzell, Jeffrey C. Kubin, Gibbs & Bruns, of Counsel, Houston, TX, for Plaintiff/Counterclaim Defendant–Appellant.

### ORDER

The parties move jointly to voluntarily dismiss 04–1350, –1351, appeals from the decision of the United States District Court for the Southern District of Texas in *Chevron Phillips Chemical Co. v. Phillips Petroleum Co.,* No. 02–CV–299 (S.D.Tex. July 2, 2003).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

**Oscar R. ARCHULETA, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 04–3332.

United States Court of Appeals, Federal Circuit.

Sept. 16, 2004.

Lindsay Williams, Principal Attorney, Deborah A. Bynum, Cristina C. Ashworth,

David M. Cohen, of Counsel, Washington, DC, for Respondent.

Oscar R. Archuleta, of Counsel, Corona, CA, pro se.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Elaine COCO, Petitioner,**

v.

**DEPARTMENT OF TREASURY, Respondent.**

No. 04–3348.

United States Court of Appeals, Federal Circuit.

Sept. 16, 2004.

Lisa B. Donis, Principal Attorney, Mark A. Melnick, David M. Cohen, Of Counsel, Washington, DC, for Respondent.

---

* We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.

Elaine Coco, Dickinson, TX, pro se.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**FRESNEL TECHNOLOGIES, INC., Plaintiff–Appellee,**

v.

**ROKONET INDUSTRIES USA, INC., Defendant–Appellant.**

No. 04–1067.

United States Court of Appeals, Federal Circuit.

Sept. 17, 2004.

E. Lawrence Vincent, Susman Godfrey, Dallas, TX, for Plaintiff–Appellee.

Martin G. Raskin, Joshua L. Raskin, David B. Sunshine, Steinberg & Raskin, New York, NY, for Defendant–Appellant.

### ORDER

The parties having so agreed, it is

---

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**TROPICANA PRODUCTS, INC., Plaintiff–Appellant,**

v.

**LAND O'LAKES, INC., Defendant– Cross Appellant.**

No. 04–1156, 04–1193.

United States Court of Appeals, Federal Circuit.

Sept. 17, 2004.

Jeffrey D. Shewchuk, Shewchuk IP, Eagan, MN, Barry M. Nlayman, Wolf, Block, Wilimington, DE, for Defendant–Cross Appellant.

Ethan Horwitz, Ira Jay Levy, Anastasia M. Fernands, Patricia C. Wick, Goodwin Procter, New York, NY, Richard D. Kirk, Morris, James, Wilmington, DE, for Plaintiff–Appellant.

### ORDER

The parties having so agreed, it is